UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**THOMAS T. GRIMSDALE, III,**

    **Plaintiff,**

v.                                                       Case No. 8:08-cv-754-T-30TGW

**KASH 'N KARRY FOOD STORES, INC.,**
d/b/a **SWEETBAY SUPERMARKETS**
and **SWEETBAY LIQUORS,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon the Decision and Order on the Plaintiff Grimsdale's Motion to Remand (Dkt. 19). The Court having reviewed the Decision and Order and being otherwise advised on the premises, hereby orders that pursuant to that Decision and Order (Dkt. 19), which granted Plaintiff's Motion for Remand, this case should be remanded to the state court.

It is therefore ORDERED AND ADJUDGED that:

1. The Clerk is directed to **REMAND** this case to the Circuit Court for the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, and forward a certified copy of this Order and the Decision and Order (Dkt. 19) to that Court.

2. The Clerk is also directed to **CLOSE** this case and terminate any pending motions.

**DONE** and **ORDERED** in Tampa, Florida on June 19, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-754.remand.frm